**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| Happy Hour Thinking, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 2:25-cv-00436-AWA-LRL |
| | § | |
| Evriholder Products, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**PLAINTIFF'S NOTICE OF DEFENDANT'S DEEMED WITHDRAWAL OF
DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S MOTION TO DISMISS  FOR DEFENDANT'S FAILURE TO
COMPLY WITH LOCAL CIVIL RULE 7(E)**

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or Alternatively, Motion to Transfer (ECF Paper No. 11, hereinafter "the Defendant's Motion") must be deemed withdrawn pursuant to Eastern District of Virginia Local Civil Rule 7(E).

Specifically, Defendant failed to either set the Defendant's Motion for hearing or arrange with Plaintiff's counsel for submission of the Defendant's Motion without oral argument within 30 days, as required by Local Civil Rule 7(E) in order to have the Defendant's Motion considered by the Court.

Accordingly, the Motion to Dismiss must be deemed withdrawn and should not be considered by the Court.

Plaintiff further respectfully moves the Court for an order striking the Defendant's Motion from the docket for failure to comply with Local Civil Rule 7(E).  In support thereof, Plaintiff states as follows:

1. On December 19, 2025, Defendant filed the Defendant's Motion but *without* filing an accompanying "Notice of Hearing" to set the Defendant's Motion for hearing. Defendant also

failed to arrange with Plaintiff's counsel for submission of the Defendant's Motion without oral argument.

2. Under EDVA Local Civil Rule 7(E), it is required that "[U]nless otherwise ordered, a motion *shall be deemed withdraw*n if the movant does not set it for hearing (or arrange to submit it without a hearing) within thirty (30) days after the date on which the motion is filed." (emphasis added).

3. Defendant failed to comply with this requirement in order to have the Defendant's Motion considered by the Court. More specifically, as of the date of this filing, more than thirty (30) days have passed since Defendant's filing of Defendant's Motion, and Defendant has *failed to*: (a) set the Defendant's Motion for hearing by filing a notice of a hearing date, or (b) arrange with Plaintiff's counsel for submission of the Defendant's Motion without oral argument.

Therefore, the Defendant's Motion must be deemed withdrawn and the Defendant's Motion should be stricken from the docket. A proposed order is attached.

Dated: February 10, 2026          Respectfully submitted,

/s/ Jundong Ma
Jundong Ma (VA Bar No. 75143)
JDM Patent Law PLLC
5570 Sterrett Place, Suite 201
Columbia, MD 21044
Telephone: (703) 380-3874
jma@jdmpatentlaw.com

*Counsel for Plaintiff Happy Hour Thinking, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the forgoing with the Clerk of

Court using the CM/ECF system, which sent a notification of such a filing to all counsels of

record:

Date: February 10, 2026

/s/ Jundong Ma
Jundong Ma