**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | |
|---|---|
| HAPPY HOUR THINKING, LLC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **EVRIHOLDER PRODUCTS, LLC,** ) <br> ) <br> **Defendant.** ) <br> ) | Case Number: 2:25-cv-00436-AWA-LRL |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Plaintiff filed a Motion to Strike (ECF No. 15) the pending Motion to Dismiss that Defendant filed on December 19, 2025 (ECF No. 11). Plaintiff bases its motion on the alleged failure of Defendant to comply with Local Rule 7(E). The Court should deny the Motion to Strike for the reasons that follow:

Defendant fully complied with Local Rule 7(E). Specifically, within 30 days of filing the motion, on January 16, 2026, Defendant's counsel called the Norfolk Division's Clerk's Office to set the motion for hearing and obtain available hearing dates. *See* Ex. A, Declaration of Matthew O. Gatewood, ¶ 3. The Clerk's Office transferred the undersigned to the clerk in charge of administering the Division's civil docket, who advised that the Court would review the motion's briefing in due course and advise the parties whether a hearing is necessary. *Id.* at ¶ 4.

Calling the Court to set a motion for hearing within 30 days of filing the motion complies with Local Rule 7(E). *See Marathon Res. Mgmt. Grp., LLC v. C. Cornell, Inc.*, 3:19-cv-00089-MHL, ECF No. 26 at 2 n.4 (E.D. Va. June 23, 2020) (finding call to Court to set hearing compliant with obligations under 7(E)); *id.*, 2020 U.S. Dist. LEXIS 202938, at *9 (Oct. 29, 2020) (denying

Rule 60 motion presenting same arguments); *Spencer v. Am. Int'l Grp.*, 2008 U.S. Dist. LEXIS 134755, at *3 (E.D. Va. Dec. 5, 2008) ("It is the undersigned's opinion that Local Rule 7(E) merely requires a party filing a motion to *contact* the Court to schedule a hearing within thirty days of filing the motion.") (emphasis in original); *Vuyyuru v. Jadhav*, No. 3:10-cv-173, 2011 U.S. Dist. LEXIS 97043, at *12 (E.D. Va. Aug. 30, 2011) ("The defendants satisfied their obligation under the rule [7(E)] by communicating with court staff by telephone.").

This is also consistent with local practice, at least based on the undersigned's experience, throughout the Eastern District of Virginia. *Id.* at ¶ 5.

Alternatively, if the Court concludes that 7(E) was not complied with, Defendant requests that the Court enter an order indicating whether it wishes to have a hearing on the motion or determining that no hearing is necessary. If the Court issues such an order scheduling a hearing, or alternatively enters an order deciding the motion without one, that order precludes the motion from being automatically withdrawn by the plain language of Local Rule 7(E). *See Marathon Res. Mgmt. Grp., LLC v. C. Cornell, Inc.*, 2020 U.S. Dist. LEXIS 200938, at *9 (emphasizing the beginning words of the Rule: "Unless otherwise ordered…"). The Court has also explained that there is no temporal restraint on the Court's authority to make such an order. *See id.* at *10; *see also id.* at *10 (citing *CertusView Techs. LLC v. S & N Locating Servs., LLC*, No. 2:13-cv-346, 2015 U.S. Dist. LEXIS 103982, at *11 (E.D. Va. Aug. 7, 2015) and *Michael v. Sentara Health Sys.*, 939 F. Supp. 1220, 1225 n.3 (E.D. Va. 1996)) (explaining that application of the Local Rules is squarely within the discretion of the Court).

In the event the Court elects to have a hearing on the Motion to Dismiss, Defendant is available at the Court's convenience.

In the interim, for the reasons explained herein, the Court should deny the Motion to Strike.

Respectfully submitted this 10th day of February 2026.

By:

/s/
Matthew O. Gatewood
Virginia Bar No. 89843
GATEWOOD PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC
Telephone: 202.464.1441
Facsimile: 202.759.7973
Email: MOG@gatewood-law.com
*Counsel for Defendant Evriholder*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2026, a true and complete copy of the foregoing has been served on Plaintiff's counsel, Jundong Ma, via CM/ECF and email:

      Jundong Ma (Virginia Bar No. 75143)
      JDM Patent Law PLLC
      5570 Sterrett Place, Suite 201
      Columbia, MD 21044
      Telephone: (703) 380-3874
      jma@jdmpatentlaw.com

                              /s/
                        Matthew O. Gatewood
                        Virginia Bar No. 89843
                        GATEWOOD PLLC
                        1455 Pennsylvania Avenue NW, Suite 400
                        Washington, DC
                        Telephone: 202.464.1441
                        Facsimile: 202.759.7973
                        Email: MOG@gatewood-law.com
                        *Counsel for Defendant Evriholder*